UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATRIEL ben YISRAEL a/k/a, BERNARD S. HOOKS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:19-CV-3318 SPM |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 6] is **DENIED**.

Dated this 4th day of February, 2020.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE